UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HENRY PINA,

                              Plaintiff,

                                                          ORDER

                                                          04-CV-6092L

          v.

SERGEANT WETZEL, et al.,

                              Defendants.
_____

     By letter dated August 29, 2005, plaintiff requests leave to withdraw his complaint and dismiss the action. The request is granted. Pursuant to Rule 41(a)(2), FED. R. CIV. P., plaintiff's motion is granted and this case is dismissed with prejudice.

     IT IS SO ORDERED.

                                                 _____
                                                      DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
        September 1, 2005.